# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP -9 AM 11: 38
CLERK M. Weis
SO. DIST. OF GA.

United States of America
v.
Horace James McCray
a.k.a. "Mook"

Date of Original Judgment: May 6, 2008
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

)
)  Case No:   6:07CR00029-1
)
)  USM No:   13376-021
)
)  Lance J. Hamilton
)  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

Except as otherwise provided, all provisions of the judgment dated   May 6, 2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/6/2019

Effective Date: _____

*Judge's signature*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia