IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 607-029 |
| | * |
| HORACE JAMES MCCRAY | * |

ORDER

Before the Court in the captioned case is Defendant Horace James McCray's motion for early termination of supervised release. Defendant has been supervised by the United States Probation Office in this district since his release. Defendant has served nearly four years of his five-year term and has been in full compliance with all areas of supervision. Neither the Probation Office nor the United States Attorney's Office opposes early termination.

Therefore, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant McCray's term of supervised release (doc. 45) is **GRANTED**. Defendant Horace James McCray is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Drew Walker in the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA